**MEMO ENDORSED**

# RAYMOND NARDO, P.C.
### ATTORNEY AT LAW
129 THIRD STREET, MINEOLA, NY 11501

Phone: (516)248-2121 | Fax: (516)742-7675 | Email Raymondnardo@gmail.com

February 10, 2021

BY ECF

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *Khan v. Dunwoodie, et. al.*
             19-CV-5581

Dear Judge Karas,

I represent Plaintiff in the above matter. The parties have scheduled a mediation in the above matter, for March 25, 2021, which date was elongated due to conflicts amongst all the parties schedules. I am requesting that the Conference currently scheduled for February 16, 2021 be adjourned until a date after March 25, 2021. Defendants graciously consent to this request.

Thank you for your consideration.

Respectfully submitted,

RAYMOND NARDO, ESQ.

RN:rn
cc:    Clifford Greene, Esq. (by ECF)

Granted. The Court will hold a teleconference on 4/22/21 at 10:30 AM

SO ORDERED

KENNETH M. KARAS U.S.D.J.

2/11/2021