UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAWAID I. KHAN,<br><br>      Plaintiff,<br><br>    -v-<br><br>DUNWOODIE GAS STATION, INC., YONKERS AUTO CENTER, INC., REYAD MUSSA, and RAYMOND ALBANO<br><br>      Defendants. | 19-CV-5581 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

In view of the recent settlement resolving "all issues" in this case, (*see* Dkt. No. 24), the Parties shall submit their proposed settlement agreement and supporting memorandum of law no later than April 30, 2021.

SO ORDERED.

DATED:  April 12, 2021
       White Plains, New York

                            _____
                            KENNETH M. KARAS
                            UNITED STATES DISTRICT JUDGE